

# IN THE
# TENTH COURT OF APPEALS

### No. 10-10-00386-CV

**NEPTUNE MARINE SERVICES,**

          **Appellant**

 **v.**

**CHRISTINA GIBSON,**
**BEVERLY PEPLINSKI,**
**AND KRISTIAN FULWOOD,**

          **Appellees**

---

**From the 18th District Court**
**Johnson County, Texas**
**Trial Court No. C200800391**

---

## MEMORANDUM OPINION

---

Appellant, Neptune Marine Services, and Appellees, Christina Gibson, Beverly Peplinski, and Kristina Fullwood have filed a joint motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2). The parties have entered into a settlement agreement and no longer wish to pursue the appeal. Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed April 20, 2011
[CV06]